AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00176 |
| Tammy A. Bronsburg (AKA: Tammy Butry) | ) Assigned to: Judge Faruqui, Zia M |
|  | ) Assign Date: 1/28/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tammy A. Bronsburg (AKA: Tammy Butry),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)  (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

Date: 01/28/2021

*Issuing officer's signature*
2021.01.28 16:30:17 -05'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-28-2021, and the person was arrested on *(date)* 2-4-2021
at *(city and state)* WILLIAMSPORT, PA.

Date: 2-4-2021

*Arresting officer's signature*

SPECIAL AGENT DANIELLE WERTZ
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00176 |
| Tammy A. Bronsburg (AKA: Tammy Butry) | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 1/28/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tammy A. Bronsburg (AKA: Tammy Butry),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)  (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G)  (Violent Entry or Disorderly Conduct)

Date:   01/28/2021

2021.01.28 16:30:17 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____     _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Mark Roderick Aungst, (DOB: XXXXXXXXX)
Tammy A. Bronsburg, (DOB: XXXXXXXX) (AKA: Tammy Butry)

Case: 1:21-mj-00176
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | (Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | (Violent Entry or Disorderly Conduct) |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Josh Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___01/28/2021___

2021.01.28
16:31:43 -05'00'
*Judge's signature*

City and state: ___Washington, D.C.___   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-MJ-00017 |
| | ) | |
| v. | ) | |
| | ) | |
| TAMMY BRONSBURG, | ) | (ARBUCKLE, M.J.) |
| Defendant | ) | |
| | ) | |

Type of Case:

( ) Civil        (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **February 4, 2021** |
| Williamsport, PA 17701 | Time: **3:00 p.m.** |

TYPE OF PROCEEDING:        **Initial Appearance-Rule 5**

Peter J. Welsh, Clerk of Court
*s/Christine A. Williamson*
Christine A. Williamson, Deputy Clerk

DATED:  February 4, 2021

To:      U.S. Attorney's Office – Geoffrey W. MacArthur
         Defendant
         U.S. Marshal
         Pretrial / Probation
         File

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-MJ-00017 |
| | ) | |
| | ) | |
| | ) | (ARBUCKLE, M.J.) |
| v. | ) | |
| | ) | |
| TAMMY BRONSBURG, | ) | |
| Defendant | ) | |

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 330 Pine Street, Suite 302, Williamsport, PA 17701, telephone number (570) 323-9314, is appointed to represent the defendant for the purpose of the Rule 5 hearing this date.

Date: February 4, 2021                 BY THE COURT

                                                *s/William I. Arbuckle*
                                                William I. Arbuckle
                                                U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT

FEB 04 2021

PER _____CAW_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:21-MJ-00017 |
| Tammy Bronsburg | ) |
| | ) Charging District's Case No. 1:21-mj-00176 |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____District of Columbia_____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/4/2021

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                   Page 1 of 3  Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Tammy Bronsburg<br>*Defendant* | )<br>)<br>) Case No. 4:21-MJ-00017<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: via Zoom, U.S. District Court, District of Columbia
*Place*

on 2/9/2021 1:00 pm before Magistrate Judge Robin M. Meriweather
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.
Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787
Passcode: 860903

One tap mobile
+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)
+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 161 8952 5787
Passcode: 860903

AO 199B (Rev. 12/11) Additional Conditions of Release                                                                 Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                      *Custodian*                                            *Date*

(X) (7) The defendant must:
- (X) (a) submit to supervision by and report for supervision to the **U.S. Probation Department**, telephone number **(570) 323-3688**, no later than **02/04/2021**
- (X) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- (X) (d) surrender any passport to: **U.S. District Court, Clerk's Office**
- (X) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel: **no travel outside Middle District of PA, except for court related proceedings.**
- (X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **Defendant not to enter the U.S. Capitol Building**
- ( ) (h) get medical or psychiatric treatment: _____
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (k) not possess a firearm, destructive device, or other weapon.
- (X) (l) not use alcohol ( ) at all ( X ) excessively.
- (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (X) (s) **virtually as ordered by U.S. District Court for the District of Columbia, Zoom invite on the bottom of page 1 and report to US Marshal for processing in accordance with your Probation Officer's instructions.**

AO 199C (Rev. 09/08) Advice of Penalties                                                                                           Page __3__ of __3__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_X Tammy Bronshur_
*Defendant's Signature*

_X Williamsport Pa._
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __02/04/21__                     _____
                                        *Judicial Officer's Signature*

                                        William Anderckle  USMJ
                                        *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:21-MJ-00017 |
| ) | |
| ) | |
| v. ) | |
| ) | (ARBUCKLE, M.J.) |
| TAMMY BRONSBURG, ) | |
| Defendant ) | |

ORDER

Pursuant to the October 21, 2020 amendment to Rule 5 of the Federal Rules of Criminal Procedure the Court provides prosecution and defense counsel with the following Order that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, to disclose exculpatory information to the defense in the above-captioned case. Under *Brady* the prosecutor must produce material evidence in its possession custody or control favorable to the accused, which includes both exculpatory evidence and information which may impeach government witnesses when that evidence is material either to guilt or punishment. Such disclosures must be made in a timely manner in order to allow the use of the exculpatory information in the defense of the case and the failure to comply with this due process obligation may result in dismissal of charges, exclusion of evidence or sanctions against counsel.

Date: February 4, 2021   BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

# United States District Court
# Middle District of Pennsylvania (Williamsport)
# CRIMINAL DOCKET FOR CASE #: 4:21-mj-00017-WIA All Defendants
# Internal Use Only

Case title: USA v. Bronsburg  
Other court case number: 1:21-mj-00176 District of Columbia

Date Filed: 02/04/2021

---

Assigned to: Magistrate Judge William I. Arbuckle

### Defendant (1)

**Tammy Bronsburg**  represented by  **Gerald A. Lord**
Federal Public Defender's Office
330 Pine Street
Suite 302
Williamsport, PA 17701
570-323-9314
Email: gerald_lord@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                        **Disposition**
None

---

### Plaintiff

USA    represented by **Geoffrey W MacArthur**
U.S. Attorney's Office, Middle District of Pennsylvania
240 W. 3rd Street
Suite 316
Williamsport, PA 17703
(570) 601-8485
Email: geoffrey.macarthur@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2021 | | Arrest of Tammy Bronsburg in Middle District. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 1 | Arrest Warrant and Criminal Complaint. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 2 | NOTICE OF HEARING as to Tammy Bronsburg - Initial Appearance (Rule 5 Hearing) set for 2/4/2021 at 3:00 PM in Williamsport - Courtroom 3 before Magistrate Judge William I. Arbuckle. Signed by Deputy Clerk on 2/4/2021. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 🔒 | (Court only) Attorney update in case as to Tammy Bronsburg. Attorney Gerald A. Lord for Tammy Bronsburg added. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 🔒 3 | (Court only) Minute Entry for proceedings held before Magistrate Judge William I. Arbuckle: Initial Appearance as to Tammy Bronsburg held on 2/4/2021. (Tape #digitally.)Total Time in Court [:32] (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 🔒 4 | CJA 23 - FINANCIAL AFFIDAVIT by Tammy Bronsburg. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER, Gerald A. Lord, as to Tammy Bronsburg. Signed by Magistrate Judge William I. Arbuckle on 2/4/2021. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 6 | WAIVER of Rule 5(c)(3) Hearings by Tammy Bronsburg. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 7 | ORDER Setting Conditions of Release as to Tammy Bronsburg. Signed by Magistrate Judge William I. Arbuckle on 2/4/2021. (caw) (Entered: 02/04/2021) |
| 02/04/2021 | 8 | RULE 5 NOTICE re: Brady disclosure obligations as to defendant Tammy Bronsburg. Signed by Magistrate Judge William I. Arbuckle on 2/4/2021. (caw) (Entered: 02/04/2021) |

## MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## WILLIAM I. ARBUCKLE, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | Tammy Bronsburg (AKA: Tammy Butry) | CRIMINAL NO. | 4:21-mj-00017 |
|---|---|---|---|

| Courtroom No. 3 | Date | 2/4/2021 | Time Commenced | 3:00 p.m. | Time Terminated | 3:32 p.m. |
|---|---|---|---|---|---|---|

| Charging Document: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|

| | | Felony | X | Misdemeanor | | Petty Offense |
|---|---|---|---|---|---|---|
| Nature of Hearing: | Initial Appearance – Rule 5 | | | | | |
| Gov't Counsel: | Geoffrey W. MacArthur, AUSA | | | Defense Counsel: Gerald A. Lord, Esquire | | |
| Interpreter: | N/A | | | Retained ( ) CJA ( ) FPD (X) | | |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | | Appointed  Yes X  NO ☐ |
|---|---|---|---|---|---|

**REMARKS**: Court opened. Defendant appeared with counsel. Judge Arbuckle calls the case. Defendant informed of her rights, sworn in, stated her name, age, and level of education for the record. Defendant confirms that she received a copy of the criminal complaint and she understands what it is that she is accused of. Judge confirms that Attorney Lord filled out the Financial Affidavit on Defendant's behalf, and that Defendant gave truthful answers on that Financial Affidavit. FPD, Gerald A. Lord, appointed for the proceedings today but not for proceedings in the District of Columbia. Waiver of 32.1 hearing form executed by Defendant and her Attorney and admitted to the record. Attorney MacArthur asked to summarize each charge and the maximum possible penalties for the record. Judge reviews the penalties with the Defendant. Defendant understands that she must return and/or connect virtually with the District of Columbia for additional hearings. Regarding detention, Government is not seeking detention today but require Defendant ordered a stay away from District of Columbia and Capitol Building and possess no firearms. Attorney Lord confirms that his client will obey and follow any and all conditions put on her and is willing to appear as ordered by the District of Columbia. Defendant will be ordered released under the conditions as outlined by the Government, Pretrial Services, and Judge Arbuckle. Counsel confirm receipt of the pretrial services report, copy of report may be kept, but counsel are reminded this report shall remain confidential. Judge Arbuckle reviews all conditions of release with Defendant. Order to follow. Judge reviews Rule 20 with Defendant. In accordance with new law regarding due process, verbal Notice given to counsel regarding *Brady v. Maryland*. Court adjourned.

Court Reporter: N/A
Digitally Recorded (X)
USPO: Cheryl Kennedy
Courtroom Deputy: Christine A. Williamson